# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 19-06331 | MCF | Judge: | Mildred Caban Flores | Trustee Name: | WIGBERTO LUGO-MENDER, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | MAYANSA DREAM GROUP LLC | | | | Date Filed (f) or Converted (c): | 10/31/2019 (f) |
| | | | | | 341(a) Meeting Date: | 12/04/2019 |
| For Period Ending: | 12/31/2021 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANCO POPULAR COMMERCIAL FLEXI ACCOUNT NUMBER 042-441544 | 0.00 | 0.00 | OA | 0.00 | FA |
| 2. BANCO POPULAR COMMERCIAL FLEXI ACCOUNT NUMBER 042-454220 | 500.00 | 500.00 | OA | 0.00 | FA |
| 3. BANCO POPULAR COMMERCIAL FLEXI ACCOUNT NUMBER 042-45517 | 15.00 | 15.00 | OA | 0.00 | FA |
| 4. BANCO POPULAR COMMERCIAL FLEXI ACCOUNT NUMBER 042-455200 | 15.00 | 15.00 | OA | 0.00 | FA |
| 5. BANCO POPULAR COMMERCIAL FLEXI ACCOUNT NUMBER 042-455227 | 15.00 | 15.00 | OA | 0.00 | FA |
| 6. Office equipment | 16,985.00 | 16,985.00 | OA | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $17,530.00 | $17,530.00 | | $0.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee still is investigating the financial affairs of the above captioned estate. Objection to claims and closing dependent of this process.
Financial information was requested to corroborate some transactions that could be considered preferences
Documents are been evaluated to request bar date, objection to claims and closing dependent of this process.

Initial Projected Date of Final Report (TFR): 04/30/2021   Current Projected Date of Final Report (TFR): 06/30/2022

Trustee Signature:   /s/ WIGBERTO LUGO-MENDER, TRUSTEE         Date: 02/01/2022

WIGBERTO LUGO-MENDER, TRUSTEE
100 CARR 165 STE 501
GUAYNABO, PR  00968-8052
(787) 707-0404
wlugo@ecf.epiqsystems.com